IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00285-MEH

JULIE CASARETTO,

      Plaintiff,

v.

GEICO CASUALTY COMPANY,

      Defendant.

_____

**MINUTE ORDER**
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 28, 2016.**

      Defendant's Unopposed Motion for Entry of Stipulated Confidentiality Order [filed April 27, 2016; docket #18] is **granted**.  The Stipulated Protective Order is accepted and filed contemporaneously with this minute order.