IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00285-MEH

JULIE CASARETTO,

    Plaintiff,

v.

GEICO CASUALTY COMPANY,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 7, 2017.**

    The Joint Motion to Set Trial Date in Advance of Final Pretrial Conference [filed February 6, 2017; ECF No. 35] is **granted in part and denied in part**. The Court is not available for trial during the requested weeks of April 10, 2017 or April 17, 2017. However, because there are no dispositive motions pending in this case, the Court will reset the Final Pretrial Conference so that the parties may promptly obtain a trial date.

    Therefore, the Final Pretrial Conference scheduled in this case for March 7, 2017 is **vacated** and **rescheduled** to **February 21, 2017 at 10:00 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

    The parties shall file a proposed pretrial order, pursuant to my practice standards and the District of Colorado Electronic Case Filing ("ECF") Procedures 6.1, § IV, **no later than five (5) business days** prior to the pretrial conference.

    At the same time, a copy of the proposed pretrial order <u>shall</u> be emailed to the Magistrate Judge at *Hegarty_Chambers@cod.uscourts.gov* in an editable format (*i.e.*, Word or Word Perfect).

    Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to file and submit the proposed pretrial order.

    **The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded from the forms section of the Court's website at http://www.cod.uscourts.gov/Forms.**

    All out-of-state counsel shall comply with D.C. Colo. LAttyR 3 prior to the pretrial

conference.

The parties are further advised that they shall not <u>assume</u> that the court will grant the relief requested in any motion. Failure to appear at a court-ordered conference or to comply with a court-ordered deadline which has not been vacated by court order may result in the imposition of sanctions.

Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2(b).